PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-MJ-00135-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BYRON PREACELY, | DATE: December 14, 2023 TIME: 2:00 p.m. COURT: Hon. Stanley A. Boone |
| Defendant. | |

This case is set for a preliminary hearing on December 14, 2023.  The parties agree and stipulate to schedule the preliminary hearing on December 28, 2023, at 2:00 p.m. before the duty magistrate.  The parties desire time to explore the possibility of a pre-indictment resolution.  In order to gather the necessary information, review it, and engage in fruitful discussions, the parties need the time requested.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on December 14, 2023.

2. By this stipulation, defendant now moves to schedule the preliminary hearing on

**December 28, 2023, at 2:00 p.m.** and to exclude time between December 14, 2023, and December 28, 2023.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      This case was the result of a probable cause arrest in Sequoia National Park. The investigation is ongoing and witnesses to the events in question are still being interviewed. These witnesses may impact resolution of the case.

b)      The parties are in active discussions regarding a potential pre-indictment resolution. The government provided a plea offer to the defense on December 7, 2023, and provided initial discovery.

c)      The defense requests additional time to review discovery, conduct further investigation into pre-indictment matters, and review the plea agreement.

d)      Counsel for defendant desires additional time to consult with his client, conduct further investigation, and further discuss charges with the government.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of December 14, 2023 to December 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the

Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  December 8, 2023                              PHILLIP A. TALBERT
                                                                  United States Attorney


                                                                  /s/ ARIN HEINZ
                                                                  ARIN HEINZ
                                                                  Assistant United States Attorney


Dated:  December 8, 2023                              /s/ GRIFFIN ESTES
                                                                  GRIFFIN ESTES
                                                                  Counsel for Defendant
                                                                  BYRON PREACELY


### FINDINGS AND ORDER

THE COURT HEREBY FINDS: The preliminary hearing is continued from December 14, 2023 to **December 28, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**. Time between December 14, 2023, and December 28, 2023 will be excluded  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and F.R.Cr.P. 5.1(c) and (d) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:   **December 8, 2023**                    /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE